**Louise Bennett, Plaintiff-Appellee, v. Ralph Bennett, Defendant-Appellant.**

**Gen. No. 9,750.** 

Hershey & Bliss, for appellant; Hogan & Coale, for appellee. Opinion by JUSTICE DADY. Not to be published in full. Opinion filed May 31, 1951. Rehearing denied September 4, 1951. Released for publication September 4, 1951.